IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RAY FLOYD GARCIA, JR.,**

    **Plaintiff,**

    v.                                               **CASE NO. 24-3182-JWL**

**JEFF ZMUDA, et al.,**

    **Defendants.**

**O R D E R**

Plaintiff filed this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is confined at the El Dorado Correctional Facility in El Dorado, Kansas. On October 16, 2024, the Court issued a notice of deficiency ("NOD") (Doc. 3) ordering Plaintiff to satisfy the statutory filing fee by either paying the fee of $405.00 or filing a motion to proceed without prepayment of fees along with the financial information required by 28 U.S.C. § 1915(a)(2). The NOD provides that the failure to comply by November 15, 2024, may result in the dismissal of this matter without further notice. *Id*. at 2. Plaintiff has not complied as of the date of this Order.

Plaintiff did file a response to the NOD. (Doc. 4.) He alleges that his legal mail has been delayed and tampered with, but he does not provide the filing fee or a motion to proceed without prepayment of fees. He states that he "going to have to dismiss" his case and will refile it after he contacts the United States Justice Department. *Id*. at 1.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316

1

F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the NOD by the Court's deadline. Therefore, Plaintiff's Complaint is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED** that this matter is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff's motion appointment of counsel (Doc. 2) is **denied** as moot.

**IT IS SO ORDERED.**

DATED: This 6th day of December, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE